UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

C.J. BROOKS,

       Plaintiff,

                                    Civil No. 07-6012-HA

   v.

                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for further proceedings.

       Dated this   25  day of February, 2008.

                                                       /s/ Ancer L. Haggerty
                                                        Ancer L. Haggerty
                                                   United States District Judge